UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 2:13-MJ-1174-BO

FILED

FEB 12, 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COLEY S. HUGHES | ) | |

This matter comes now before this Court on motion of the United States, by and through the United States Attorney, to recall the outstanding warrant herein and reset the matter on the Court's docket of April 7, 2014. For good cause shown, the Court hereby GRANTS the government's motion and ORDERS the clerk to recall the warrant for arrest of the defendant and reset the matter for the Court's Docket of April 7, 2014.

So ORDERED, this __11__ day of February, 2014.

_____
TERRENCE W. BOYLE
United States District Judge